IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

UNITED STATES OF AMERICA

V.

MACEO BELT

Criminal No. 12-59
Electronically Filed

## ORDER OF COURT

AND NOW, to wit this 12th day of July 2012 it is ordered that the defendant is released from house arrest and the GPS program but will remain on bond until the final disposition of this case.

BY THE COURT

/s/ [signature]

cc: All Parties
US Probation