IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA, :

        Plaintiff, :

vs. : 2:12-CR-0059-GLL

MACEO BELT, :

        Defendant. :

**MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE AND MEMORANDUM OF LAW**

Filed on behalf of:
MACEO BELT, pro se

ORDER OF COURT
AND NOW, this 11th day of April, 2013, IT IS HEREBY ORDERED that the instant motion is hereby DENIED.

_____, C.J.
Hon. Gary L. Lancaster,
Chief United States District Judge